1048

[No. 3515–3.   Division Three.   December 20, 1979.]

JAMES K. YU, *Respondent*, v. LOCAL 294, HOTEL, MOTEL
AND RESTAURANT EMPLOYEES AND BARTENDERS UNION,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 79-2-01219-9, Howard Hettinger, J.,
entered June 28, 1979. *Reversed* and *remanded* by unpub-
lished opinion per Roe, J., concurred in by Munson and
McInturff, JJ.

[No. 3117–2.   Division Two.   December 21, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID L.
MACK, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 51072, Thomas A. Swayze, Jr., J., entered
September 26, 1977. *Reversed* by unpublished opinion per
Petrie, J., concurred in by Pearson, C.J., and Reed, J.

[No. 6644–1.   Division One.   December 24, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
MARNO LEXING, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79060, Erle W. Horswill, J., entered February
24, 1977. *Remanded* by unpublished opinion per Callow,
C.J., concurred in by Andersen and Dore, JJ.

[No. 6775–1.   Division One.   December 24, 1979.]

LUCIA L. O'BANNON, *Appellant*, v. JOSEPH DAHLEN,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 820438, Liem E. Tuai, J., entered July 10,
1978. *Affirmed* by unpublished opinion per James, J., con-
curred in by Andersen and Dore, JJ.